IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LORRIE GUILBEAU                                              PLAINTIFF

  vs.              CASE No. 04-CV-2259

QUANEX CORPORATION                                           DEFENDANT

### ORDER

Now on this 20th day of December, 2005, there comes on for consideration the above-styled and numbered cause. In accordance with the Motion to Dismiss (#22), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice, with each party to bear its own costs.

IT IS SO ORDERED.


/S/ *Robert T. Dawson*
        Robert T. Dawson
        United States District Judge